# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 24, 2024

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 22-13928-AA
Case Style: Wesley Lee Cook v. David Bell, et al
District Court Docket No: 8:19-cv-03051-TPB-SPF

Enclosed is the Bill of Costs.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers
General Information:    404-335-6100    Attorney Admissions:           404-335-6122
Case Administration:    404-335-6135    Capital Cases:                 404-335-6200
CM/ECF Help Desk:       404-335-6125    Cases Set for Oral Argument:   404-335-6141

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13928

_____

WESLEY LEE COOK,

                                                    Plaintiff-Appellee,

versus

DAVID BELL,
Officer, Individually and official capacity as a member of the
Lakeland Police Department,
LAURA H. DUNN,
as Personal Representative for the
Estate of Paul Patrick Dunn,

                                                  Defendants-Appellants,

PAUL DUNN et al.,

                                                  Defendants.

Case 8:19-cv-03051-TPB-SPF   Document 145   Filed 05/24/24   Page 3 of 6 PageID 14037
USCA11 Case: 22-13928   Document: 47-2   Date Filed: 05/24/2024   Page: 2 of 2

2                                                                         22-13928

———————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:19-cv-03051-TPB-SPF

———————————

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: March 1, 2024

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: May 24, 2024

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. __22-13928-AA__

__Wesley Lee Cook__ vs. __David Bell, et al.__

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| | Repro. Method (Mark One) In-House | Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellate Docketing Fee | — | — | — | — | — | | |
| Appellant's Brief | | | | | | | |
| Appendix | | | | | | | |
| Appellee's Brief | X | | 63 | 9 | 567 | $85.05 | $85.05 |
| Reply Brief | | | | | | | |
| Supplemental Appendix 1-4 | X | | 801 | 3 | 2,403 | $360.45 | $360.45 |
| Supplemental Appendix 1-4 | | X | 801 | 4 | 3,204 | $801.00 | $801.00 |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $1,246.50 REQUESTED | $ $1,246.50 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: _[signature: Robert E. Goldman]_    Date Signed: __April 4, 2024__

Attorney Name: __Robert E. Goldman, Esquire__    Attorney for: __Wesley Lee Cook__

E-mail: __reg@bobgoldmanlaw.com__    Phone: __(610)841-3876__

Street Address/City/State/Zip: __535 Hamilton Street, Suite 302, Allentown, PA 18101__

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ __$1,246.50__ against __Appellants__

and are payable directly to __Appelles__

David J. Smith, Clerk of Court

Issued on: __ISSUED AS MANDATE: 5/24/2024__    By: __/S/ Tresa A. Raines__    DATE: __4/8/2024__
Deputy Clerk

BOC Rev.: 6/17

**ESTIMATE**

**GET NOTICED.**
**GET BUSINESS.**

AlphaGraphics Lehigh Valley
515 Hamilton Street, Ste. 3
Allentown, PA 18101
610-820-5599
www.alphagraphicslehighvalley.com
Tax ID# 46-1387440



**Pay Your Deposit Online**
click here

**Estimate Number:  30706**

| Bill To: | |
|---|---|
| Belle Hacker | **Date: 9/21/23** |
| Bob Goldman Law | |
| Phone: 610-841-3876 | |
| E-Mail: bhacker@bobgoldmanlaw.com | Taken By: Michael Stroh |
| | Sales Rep: |
| | Account Type: COD |

**Digital Color Copying**

| Quantity | Description | Price |
|---|---|---|
| 770 | Digital Color Single Sided 4 Files 3080 Pages 4 Sets of Each, 8.5 x 11 White 28# Color Copy Text LT | $ 1,255.28 |

| | |
|---|---|
| Subtotal | 1,255.28 |
| Tax | 75.32 |
| Shipping | 0.00 |
| Total | 1,330.60 |
| Deposit (-) | |
| **Amount Due** | |

Special Instructions:

**THIS ESTIMATE IS VALID FOR 30 DAYS FROM ABOVE DATE.** This estimate is based upon information provided to AlphaGraphics for the above job by the client and is subject to change based on variation in quantity, paper, inks, due dates, etc. If changes do occur, or order placement is beyond 30 days from date of the estimate, please call AlphaGraphics, at the number listed above, for confirmation. Please refer to the Estimate number when placing order. All coupons must be addressed at the beginning of each project as coupons apply to retail prices. If you have any questions about the above information, orany of our services, please contact us and let us serve you.

| Signature | Time |
|---|---|
| Print Name | Date |

You can view our Privacy Policy at: https://www.alphagraphics.com/privacy-policy.html

Page 1 of 1

## Belle Hacker

**From:** noreply@usaepay.com
**Sent:** Thursday, September 21, 2023 3:44 PM
**To:** Belle Hacker
**Subject:** Customer Receipt

We are sending this receipt on behalf of the merchant.
Please reach out to the merchant for any questions.

Your credit card payment has been received by Alphagraphics US 283. Below is your receipt of payment.

Transaction Details
-----------------------
Date:      09/21/23 12:43:30
Merchant:   Alphagraphics US 283
Type:      Credit Card Sale
Invoice #:  30706
Amount:    1,330.60
Description:
Card Holder: ROBERT E GOLDMAN
Card Number: xxxxxxxxxxxxx8351


Order Details
-----------------------
000002     Printing Services              1.0000 @ 0.00 = $0.00
-------------------------
Subtotal:     $0.00
Total:        $0.00


v8.2-ue-g-c

1